**STATE of Missouri, Respondent,**

v.

**Bertha OWENS, Appellant.**

**No. 74301.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 18, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 6, 1999.

Application for Transfer Denied
Aug. 24, 1999.

Douglas R. Hoff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Karen L. Kramer, Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, Jr., and CLIFFORD H. AHRENS, JJ.

**ORDER**

PER CURIAM.

Bertha Owens appeals from the judgment entered after a jury found her guilty of murder in the second degree, robbery in the first degree, and two counts of armed criminal action. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed pursuant to Rule 30.25(b).